E-FILED
Thursday, 30 June, 2022  03:47:53 PM
Clerk, U.S. District Court, ILCD

*Affidavit of fact/truth*

FILED

JUN 3 0 2022

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*I affiant and undersigned el unus per solem bey ex-relation to Brian A. Burnside do duly affirm and*

*make affirmation under oath and under penalty of perjury that the following testimony below is true*

*in both fact and law, and I duly affirm and raise my hand to this by my best knowledge and belief to*

*the facts contained in this claim and the facts of law that, the facts are true and of a factual basis.*

To: UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Plaintiff; | ) | |
| El Unus Per Solem Bey direct ex relation | ) | |
| to Brian A. Burnside in propria persona status | ) | Case No. 22-1223 |
| sui juris. | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Defendant(s); | ) | |
| Kimberly Nelson OF THE COUNTY OF PEORIA JAIL | ) | |
| (in official and private capacity), Will Smith OF THE COUNTY | ) | |
| OF PEORIA JAIL  (in official and private capacity), Brian | ) | |
| Asbell OF THE COUNTY OF PEORIA JAIL/PEORIA | | |
| COUNTY SHERIFF'S OFFICE (in official and private capacity), | | |

DCS Hart OF THE COUNTY OF PEORIA JAIL (in her official and private capacity),

C. Hofmann OF THE COUNTY OF PEORIA JAIL (in official and private capacity),

and Alexander Eddlemon  OF THE COUNTY OF PEORIA JAIL

(in official and private capacity).


## ˙ Complaint/Claim

In the united states of the republic jurisdiction, under the united states constitution, 28 U.S.C. 1331, 28

U.S.C. 1343 (3) and 42 u.s.c 1983. Affiant is a moor/muur american national. And also according to 42

U.S.C. 1983 (against state, county, or municipal defendants).


## Parties

A.) Plaintiff:

Full Name:  El unus per solem bey direct ex relation to Brian A. Burnside in propria persona sui

juris in full life moor/muur American National.

Mailing location: C/O 301 East Virginia Avenue Peoria, Illinois [61603].


B.) Defendant(s);

Defendant #1:

Full Name: Will Smith (in private and official capacity)

Current Job Title: DEPUTY CORRECTIONAL SUPERVISOR FOR THE PEORIA COUNTY JAIL

Current Work Address: 301 North Maxwell Road, Peoria, Illinois 61604

Defendant #2:

 Full Name: Kimberly Nelson (in official and private capacity)

Current Job Title: PEORIA COUNTY JAIL COURT SERGEANT

 Current Work Address: 301 North Maxwell Road, Peoria, Illinois 61604


 Defendant #3:

Full Name: C. Hofmann (in official and private capacity)

Current Job Title: DEPUTY CORRECTIONAL SUPERVISOR FOR THE PEORIA COUNTY JAIL

Current Work Address: 301 North Maxwell Road, Peoria, Illinois 61604


 Defendant #4:

 Full Name: DCS Hart (in her official and private capacity)

 Current Job Title: DEPUTY CORRECTIONAL SUPERVISOR FOR THE PEORIA COUNTY JAIL

 Current Work Address: 301 North Maxwell Road, Peoria, Illinois 61604


Defendant #5:

 Full Name: Alexander Eddlemon (in official and private capacity)

Current Job Title: DEPUTY CORRECTIONAL SUPERVISOR FOR THE PEORIA COUNTY JAIL

Current Work Address: 301 North Maxwell Road, Peoria, Illinois 61604


Defendant #6:

Full Name: Brian Asbell (in official and private capacity).

Current Job Title: PEORIA COUNTY SHERIFF

3

Current Work Address: 301 North Maxwell Road, Peoria, Illinois 61604

## *Litigation History*

A. Yes I have brought another lawsuit in state or federal court dealing with the same facts involved in this case. See case number 22-1126.

B. No, I have never brought any other lawsuits in federal court while incarcerated.

## *Exhaustion of Administrative Remedies*

I asked the DEPUTY CORRECTIONAL SUPERVISORS OF THE PEORIA COUNTY JAIL for grievances and was told that I could not have a pen or paper in the TRANSFER CELL where I stayed for the duration of my time. And also was told that the grievances were only made available on the kiosks which I could not use because I did not book in and did not have a booking I.D. Number. I also stated my complaint in person to all the DEPUTY CORRECTIONAL SUPERVISORS OF THE PEORIA COUNTY JAIL named in suit, also to THE SHERIFF OF PEORIA COUNTY Brian Asbell himself, and also to ACS Turner. Asbell said I would be released that day after I showed him proof of double jeopardy arrest. And Carmisha Turner said she would look into the incident but she never returned. And Asbell never had me released. After twenty-five (25) days of persistently trying to get a grievance out I was finally given a pencil and a piece of paper from a staff member against the supervisors orders and then I hand wrote my own grievances to the ACS OF THE JAIL Carmisha Turner and I gave it to MENTAL HEALTH WORKER Brandon to give to Carmisha Turner which Brandon told me he put it under Carmisha Turner's office door but Carmisha Turner still never did reply. I then hand wrote several of my grievances and sent it to DCS Hofmann, DCS Johnson, and DCS Cox. I was told that the situation was being looked into but it was never resolved. The GRIEVANCE OFFICER ACS Turner and SHERIFF Brian Asbell both witnessed my cell conditions as to me being without a mattress or blanket and sleeping on the concrete ground and still did nothing about it and took my complaint in

person face to face about my false/unlawful imprisonment and looked over my evidence being the BILL

OF INDICTMENT and the FICTITIOUS WARRANT but still did not provide me any remedy. I still have proof

of some grievances that I hand wrote that were returned to me with no remedy.

## Statement Of Claim/Complaint

Defendant #1; On 12/03/2021 Will Smith unlawfully placed me in a transfer cell OF THE COUNTY OF

PEORIA  JAIL against the law of keeping me in holding since I had not broken my right to silence/privacy

under the 4th amendment of the united states constitution, by either taking a picture or allowing myself

to be fingerprinted/admitted into the JAIL'S SYSTEM under the fictitious warrant and false arrest/

unreasonable seizure. (Smith) placed me in the transfer cell which is used for detainees being transferred

to another place against my will and consent, also, he placed me in the transfer cell without any form of

mattress or blanket as a form of punishment, which ultimately forced me to sleep on the freezing

concrete ground for the next twenty-two (22) days which several JAIL EMPLOYEES witnessed and some

have agreed to testify to. When I continually asked for a mattress and blanket I was told that the

supervisor (Smith) said not until I admit into the jail thus committing cruel and unusual punishment and

violating the 8th amendment of the united states constitution and my rights secured therein. See, Estelle

v. Gamble, 429 U.S. 97 (1976). (Smith) also violated my rights secured by the 11th amendment that

protects against inhumane treatment. I was observed sleeping on the concrete ground by several jail

employees. On 12/03/2021 (Smith) wrote false incident reports on me stating that I interfered with his

official duties and that I was disrespectful towards staff and refused to follow orders. (Smith) then

ordered that I be placed on a lockdown status in the transfer cell and not be allowed to make any phone

calls or given any pen or paper thus depriving me of my rights and ability to create any proper defense or

post any bond as these rights of mine are secured in the 5th amendment of the united states

constitution, due process clause. It should also be noted that on 12/03/2021 before (Smith) removed me

from the holding cell where I was able to make phone calls that my family (father, mother, sister, and

wife) was contacting the jail via phone inquiring of my false arrest/fictitious warrant which the warrant

was verified by (DCS Hofmann) on 12/02/2021 that the warrant was in fact a fictitious warrant not

having been signed by any JUDGE which I notified my family of (DCS Hofmann) discovery on 12/03/2021

shortly before (Smith) forced me into TRANSFER CELL #4 and into silence. On 12/03/2021 I notified

(Smith) that the said warrant was fictitious per DCS Hofmann and myself upon examination. (Smith)

looked at the warrant and said he would return but never did. On 12/01/2021 upon forced entrance into

THE COUNTY OF PEORIA JAIL I gave direct knowledge to (DCS B. Johnson) that I was falsely re-arrested

and that I had not missed court or violated any terms of bond that I had previously posted on

10/22/2021. I asked (B. Johnson) to produce said warrant for my arrest which he did not. On 12/01/2021

(DCS Cox) provided me a fictitious warrant which was not properly sealed nor authentic, nor was the

"warrant" signed by any judge or judicial officer.


To be clear, based upon the following facts stated, I am claiming that Will Smith violated the laws

governing the 4th, 5th, 14th, 8th and 11th amendments to the united states constitution and my natural

rights secured and protected therein and any other violations claimed in summary.


Defendant #2; On 12/02/2021 Kimberly Nelson OF THE COUNTY OF PEORIA JAIL went to court on my

behalf without my knowledge, will, and consent and stated that "I refused to go to court" at the time I

was scheduled for a warrant hearing. On 12/03/2021 I was made aware of (Nelson's) action by my wife

via jail payphone. The following act constitutes fraud,  also an invasion of privacy under the laws

governing the 4th amendment of the united states constitution violating my rights secured therein to

remain private and free from invasion of privacy and property. Also violating my rights secured therein

the 5th and 14th amendments to the united states constitution which secures a due process before

infringement of liberty, life, property. On 12/09/2021 I asked (Nelson) during tv court to fix the fraud she

committed on my behalf which she refused, (Nelson) stated she was told by a third (3rd) party that I did

not wish to attend court. I explained to (Nelson) that her actions constituted an intentional and

deliberate fraud upon my natural person. (Nelson) again refused my request to fix her actions and

refused to provide me a remedy for the liability she created. Maxim of law states whoever creates the

liability must also provide the remedy.


To be clear, based upon the following facts stated, I am claiming that Kimberly Nelson violated the laws

governing the 4th, 5th, and 14th amendments to the united states constitution and my natural rights

secured and protected therein and any other violations claimed in summary.



Defendant #3; On 12/02/2021 C. Hofmann OF THS COUNTY OF PEORIA JAIL confirmed that the warrant

document given to me on 12/01/2021 by (DCS Cox) was fictitious and that it in fact was not a valid arrest

warrant and did not bear the signature of any judge. (Hofmann) then stated that he put a message in the

jail system to the COURT'S SERGEANT (Nelson) and the ASSISTANT CORRECTIONS SUPERINTENDENT

(Turner). Between 12/09/2021-12/21/2021 (Hofmann) accompanied by jail employees (Rig), (Fandel),

(Sanders), (Munoz) and (DCS Hart) handcuffed me to the wall of transfer cell # four (4) and left me

standing handcuffed to the wall for several hours as a result of me knocking on the door for help.

(Hofmann) stated that I had pissed him off and that I was getting on his nerves, thus his actions

constituting cruel and unusual punishment, which was done punitively as a form of punishment

intentionally, deliberately, and maliciously creating the deliberate indifference/willful and wanton

infliction. See, Ingraham v. Wright, 430 U.S. 651 (1977) and also Hope v. Pelzer, 536 U.S. 730 (2002). It

should be noted that (Hofmann) executed this action by way of extreme force, by which he pointed his

7

taser gun at my face and afterwards Hofmann and mentioned employees were laughing at me as a form

of mockery violating the 4th amendment of the united states constitution by using excessive force to

handcuff me behind my back to the wall and leaving me standing for hours without reason. Between

12/09-12/20/2021 (Hofmann) forced me by way of taser gun pointed at my face into a fully strapped

down chair and left me there for hours to cause humiliation, pain, and anguish without any reason that

would justify these actions. See, Hope v. Pelzer, 536 U.S. 730 (2002) and also Ingraham v. Wright, 430

U.S. 651 (1977). I had not posed any threat towards myself or others being that I was isolated in a

transfer cell with no way to pose any harm to anyone which would be the only cause to be put in the

suicide chair. (Hofmann) acted on his own accord retaliating against me, for refusing to enter and admit

into the jail's system and reserving my rights under the 4th and 5th amendment of the united states

constitution to not incriminate or be used as a witness against myself.. Thus violating the 4th, 5th,14th and

8th amendments of the united states constitution cruel and unusual punishment. Also violating the 11th

amendment of the united states constitution for inhumane treatment and/or punishment. Between

12/09-12/20/2021 Hofmann again strapped me down in a full strap down chair for the 2nd time after I

was knocking on the transfer cells door for someone to help me with getting a phone call to my

counsel/attorney. I was left strapped by straps and handcuffs on my hands and feet and also my neck and

shoulders so that I could not move. I was left for several hours, again Hofmann imposed deliberate cruel

and unusual punishment/willful and wanton infliction, and also inhumane treatment violating the 8th and

11th amendments of the united states constitution and my rights secured and protected therein. Also

using excessive force violating the 4th amendment of the united states constitution. See, Hope v. Pelzer,

536 U.S. 730 (2002) and also Ingraham v. Wright, 430 U.S. 651 (1977). On 12/10/2021 (Hofmann) had jail

employee (Dehne) bring me a fictitious search warrant executed by (Todd Green) which the warrant was

dated in year 2018 by (Judge Washington) OF THE TENTH JUDICIAL CIRCUIT COURT OF PEORIA COUNTY.

See fictitious warrants I have as proof for evidence. On 12/23/2021 (Hofmann) denied me still a blanket

and mattress after nurse (Owens) confirmed that I was running a fever, forcing me to continue to sleep

on the extremely cold and hard concrete with chills even after the nurse confirmed I was COVID positive.

8th amendment violation to the united states constitution. See, Estelle v. Gamble, 429 U.S. 97 (1976) it

should be noted that the air conditioning unit was turned up high making the cell extremely cold which I

had nothing to protect myself from enduring the torture even while running a high fever over 100

degrees I do believe the conditions contributed to me becoming I'll. (Hofmann) accompanied the nurse

(Owens) when checking my temperature and had direct knowledge of my illness and when asked still

denied me a blanket and mattress. Proving willful and wanton infliction. It should be noted I do not have

the exact dates of the attacks because I was not given the ability to keep the time but it was between

those dates listed in summary.

To be clear, based upon the following facts stated I am claiming that C. Hofmann violated the laws

governing the 4th, 5th, 14th , 8th and 11th  amendments to the united states constitution and my natural

rights secured and protected therein and any other violations claimed in summary.

Defendant #4; On 12/21/2021 while under false imprisonment DCS Hart OF THE COUNTY OF PEORIA JAIL

forced me into a full strap down chair by way of pointing a laser dot to my face from her taser gun after I

was knocking on the door for my weekly phone call for which I was denied. During this time (Hart) stated

that she wanted to shoot me so bad and that she wished I died. (Hart) performed this act punitively as a

form of punishment intentionally, deliberately, and maliciously creating the deliberate

indifference/willful and wanton infliction. (Hart) left me in the strap chair screaming for several hours to

no avail which mental health worker (Becky) was a witness to who tried to talk (Hart) out of keeping me

in the chair but was denied by (Hart) please see transfer cell# 4 jail camera. This act constitutes cruel and

unusual punishment and also inhumane treatment/inhumane punishment violating the 8th and 11th

amendments of the united states constitution and my natural rights secured and protected therein as

well as the 14th and 4th amendments and my natural rights secured and protected therein excessive

force. See Hope v. Pelzer, 536 U.S. 730 (2002),  Ingraham v. Wright, 430 U.S. 651 (1977) and also Hudson

v. McMillian, 503 U.S. 1 (1992). (Hart) also participated in me being handcuffed behind my back to the

wall post which was separated between a steel bench creating a very painful and uncomfortable position

in which I was left standing for hours. (Hart) also accompanied (Hofmann) in strapping me in a full strap

down chair for hours. See jail's transfer cell #4 camera where I was held from 12/03-01/29/2022. See

Hope v. Pelzer, 536 U.S. 730 (2002) and also Ingraham v. Wright, 430 U.S. 651 (1977). It should be noted

that these individuals acted on their own outside the authority of their official capacity without any

mental health official orders to put me in a suicide strap down chair disqualifying any such chance to to

claim immunity.


To be clear, based upon the following facts stated, I am claiming that DCS Hart violated the laws

governing the 4th, 5th, 14th, 8th, and 11th amendments to the united states constitution and my natural

rights secured and protected therein and any other violations claimed in summary.


Defendant #5; On 01/13/2022 Alexander Eddlemon OF THE COUNTY OF PEORIA JAIL forced me into a full

strap down chair after I was knocking on the transfer cell door for chemicals to prevent the spread of

Coronavirus, being that I had recently tested positive for CORONA VIRUS. (Eddlemon) forced me into the

chair with a  taser gun and by physical force and accompanied by other COUNTY OF PEORIA JAIL

employees being; (Trunk), (Garcia), (Riegelein), (Pompa), (Michel), and (Wight) after i was restrained by

handcuff on feet and wrist at some point I yelled "stop" towards (Eddlemon), then (Eddlemon) began

punching me in the face and put his knee forcibly in  my stomach causing excruciating pain while I was

10

already fully restrained by the chair handcuffed and strapped down. See, Hope v. Pelzer, 536 U.S. 730

(2002) and also Ingraham v. Wright, 430 U.S. 651 (1977). Excessive force/cruel and unusual punishment

and inhumane treatment 4th, 5th, 14th, 8th, and 11th amendments of the united states constitution

violations (Eddlemon) then began to jump on me and started pushing the palm of his hand into my nose

and mouth at which point I tried to moved away which only infuriated him. At this point I said, "I can't

breathe", (Eddlemon) continued to assault me. See, Hope v. Pelzer, 536 U.S. 730 (2002) and also

Ingraham v. Wright, 430 U.S. 651 (1977). Thus creating cruel and unusual punishment as well as

inhumane treatment violating the laws governing the 8th and 11th amendments of the united states

constitution and my natural rights secured and protected therein. See video at COUNTY OF PEOIRA JAIL

transfer cell surveillance camera and also review medical staff (Ashley Jones) report. See, Hope v. Pelzer,

536 U.S. 730 (2002) and also Ingraham v. Wright, 430 U.S. 651 (1977). (Nurse Jones) confirmed that my

face suffered cuts and bruising also (Jones) confirmed my nose bleeding which, she along with other

nursing staff cleaned. (Eddlemon) actions proved to be willful and wanton. I was left strapped in the chair

with no relief for over 5 hours, nursing staff did 5 hourly checks and every encounter I stated that I was

not a threat to myself or others (see jail medical file) which I've requested but have been denied thus far.

To be clear, based upon the following facts stated, I am claiming that Alexander Eddelmon violated the

laws governing the 4th, 5th, 14th, 8th, and 11th amendments to the united states constitution and my

natural rights secured and protected therein and any other violations claimed in summary.

Defendant #6; On 12/06/2021 Brian Asbell OF THE COUNTY OF PEORIA JAIL failed to act and or failed to

protect plaintiff from the false imprisonment/unreasonable seizure in which I was being held. In that on

12/06/2021 (Asbell) spoke to me face to face, in which I informed him that i was being held in his jail

under a double jeopardy false arrest. I showed (Asbell) paperwork for proof. (Asbell) then told me that if I was being held twice to bond on one same offense that I had a for sure lawsuit. I informed (Asbell) that I was not concerned about a suit, but more concerned for my freedom. (Asbell) then gave me his word that he would set me free today being 12/06/2021, but that never happened and (Asbell) never returned. It should be noted that I had previously prior to this false arrest sent notice of pending suit to (Asbell) against him and his constituents in a separate matter from this in relation to the suit against the JUDGES, and PROSECUTORS and county court house officials thus proving (Asbell actions to be willful and wanton and retaliatory in nature).

To be clear based upon the following facts stated, I am claiming that Brian Asbell violated the laws governing the 4th, 5th, and 14th amendments to the united states constitution and my natural rights secured and protected therein for failure to act and or report the false imprisonment/unreasonable seizure and any other violations claimed in summary.

## Supplemental Report of Claim

 I plaintiff duly affirm under oath and penalty of perjury the following is a true testimony and claim of factual basis that I was illegally and unlawfully placed under a false arrest and unreasonably seizure for up to sixty (60) days in THE COUNTY OF PEORIA JAIL from 12/01/2021 until 01/29/2022 and forced to pay bail twice for one offense that I had previously posted bail for on 10/22/2021 (double jeopardy). I was placed under the unlawful arrest despite the court order/bill of indictment signed by CHIEF JUDGE (Katherine Gorman) that said I was released pending the case and that I was to be given a notice to appear at the arraignment date. Everyone was made knowledgeable including the arresting officers, the sheriff, jail officials, the prosecuting attorney, and even the perpetrating judge's. Despite this knowledge

12

the officials failed to act and or report. The judge's also upheld the unlawful unreasonable seizure and arrest and violated several rights and on several occasions committed fraud by falsifying evidence and claims against me. While in the COUNTY OF PEORIA JAIL, I was forced to sleep on the concrete ground for up to twenty-five (25) days with no mattress or blanket and went under several methods of torture including; being left handcuffed behind my back to a wall post for several extending hours without relief and being placed in a full strap down chair, handcuffed and bound by my hands and feet while also being left for several extending hours without any form of relief while being mocked and tormented by jail official staff members. On one occasion I was beaten and battered by jail officials while in a full restraint chair with no way to defend the attack. The following acts violated many of my unalienable natural rights protected and secured in the united states constitution; to include but not limited to the 5th and 14th amendment- infringement of life, liberty, property, and the pursuit of happiness before a due process of law equal protection. The 4th amendment- which protects the rights to be free in one's privacy and to be free from unreasonable search and seizure and excessive force . The 8th amendment- which protects against cruel and unusual punishments and the laws that protects against double jeopardy and excessive bails. Also the 11th amendment- which protects against inhumane punishments and inhumane treatment. It should be noted that I do believe that the actions done against me is a direct retaliation due to the lawsuit that I filed against THE JUDGES, PROSECUTORS, AND SHERIFF OF THE COUNTY OF PEORIA based off the several unlawful, unwarranted arrest/harassment that was placed upon me and the back and forth disputes between me and the parties in the weeks and months leading up to this incident in which I have video recordings of ; including three (3) unlawful arrests that took place while trying to retrieve transcripts from THE CIRCUIT CLERK'S OFFICE, which would also constitute a 1st amendment violation to my natural rights and the rights and laws that protect from retaliation due to a petitioning of grievances. Also evidenced in the following actions of the defendants with dates and times already stated:.....

13

The following defendants before listed violated plaintiff's rights as follows;

1.) Arrested or seized plaintiff without probable cause or without plaintiff committing any crime.

2.) Searched plaintiff or his property without a warrant or reasonable cause.

3.) Failed to intervene to protect plaintiff from violation of rights by one or more defendants.

4.) Used excessive force upon plaintiff while plaintiff was already in restraints.

5.) Conspired together to violate one or more of the plaintiff's rights.

6.) Knowingly used a fictitious/frivolous warrant to commit the unreasonable/unlawful imprisonment of plaintiff.

7.) Failed to provide the plaintiff with necessary medical care.

8.) Plaintiff was not charged with any crime in relation to this incident.

9.) Defendants acted knowingly, intentionally, willfully, and maliciously creating the deliberate indifference/willful and wanton actions to cause harm to plaintiff.

10.) As a result of defendants conduct plaintiff suffered bruising, cuts/lacerations, mental depression, mental anguish, emotional distress including; anxiety and PTSD. Plaintiff is now experiencing problems with walking and blood circulation due to being handcuffed very tightly at my wrists and feet and being left for several hours which I have been to the doctor for and have follow up appointments. I also experience excruciating back pain including pinched nerves and trouble sleeping due to being left in the full strap down/suicide chair and left for several hours with no relief. Affiant is also experiencing extreme migraine headaches when making contact with light due to being punched by guards while fully restrained also affiant now experiences lightheaded and random dizzy spells which causes my vision to blur, which I have been to the doctor for and have another follow up appointment on 05/19/2022. Plaintiff also has

14

experienced a loss of enjoyment of life due to the deprivation of my rights/unlawful kidnapping and being left to sleep on the concrete ground for three (3) weeks straight while being tortured and tormented by jail staff in which after release from the jail  affiant has been experiencing extreme periods of depression. In some occasions affiant has had suicidal thoughts due to the inhumane treatment and suffering endured while kidnapped inflicted by individuals named previously in suit.

## *Bill of Relief*

Plaintiff is claiming (bodily harm),(emotional harm),(pain and suffering),(loss of enjoyment of life),(property damage),and (loss of unrecoverable time) I am seeking both compensatory damages and and punitive damages in the following amounts;

For the actions of Brian Asbell in which he failed to act or report which caused me to stay incarcerated in his COUNTY JAIL I am demanding the amount of five million dollars ($5,000,000) in United States federal reserve notes be paid to me on behalf of (Asbell) and his CORPORATION.

For the actions of Kimberly Nelson in which she went to court on my behalf without my knowledge, will, and consent and committed fraud by entering a refusal on my behalf and depriving me of life, liberty, and property before a due process by refusing my right to have my day in court I am demanding five million dollars ($5,000,000) in United States federal reserve notes be paid to me on behalf of (Nelson) and her CORPORATION.

For the actions of Will Smith in which he forced me to sleep on the hard, freezing concrete floor for twenty five (25) days in which I suffered excruciating pain and now have permanent defects to my body I

am demanding one billion dollars ($1,000,000,000) in United States federal reserve notes be paid to me on behalf of (Smith) and his CORPORATION.

For the actions of DCS Hart in which she pointed her taser gun at my face and forced me into a full strap down chair and in which she forced me to stand handcuffed behind my back to a wall post both for several hours I am demanding the amount of one billion three hundred million dollars ($1,300,000,000) in United States federal reserve notes be paid to me on behalf of (Hart) and her CORPORATION.

For the actions of C. Hofmann in which he pointed his taser gun at my face and forced me into a full strap down chair several times for reasons to cause humiliation and pain I am demanding the amount of one billion five hundred million dollars ($1,500,000,000) in United States federal reserve notes be paid to me on behalf of (Hofmann) and his CORPORATION.

For the actions of Alexander Eddlemon in which he forced me into a full strap down chair and then beat me to blood after I was already fully strapped and bound I am demanding the amount of one billion eight hundred million dollars ($1,800,000,000) in United States federal reserve notes be paid to me on behalf of (Eddlemon) and his CORPORATION.

Total money damages equals the amount of five billion seven hundred million dollars ($5,700,000,000) in United States federal reserve notes be paid to me on behalf of (Asbell, Hart, Eddlemon, Hofmann, Smith, and Nelson) and their CORPORATION.

16

In addition to the compensatory and punitive damages affiant is also seeking injunctive relief, being a restraining orders on the following defendants; Brian Asbell, DCS Hart, Kimberly Nelson, C. Hofmann, Will Smith, and Alexander Eddlemon of THE COUNTY OF PEORIA SHERIFF'S DEPARTMENT and THE PEORIA COUNTY JAIL for the ongoing threats, harassment, and attacks that have been imposed upon me for the last several months now and also for the fear of safety I have for my own life at this point of more retaliation and to prevent any such actions from occurrence.

---

*The following list of individuals are jail The following list of individuals are JAIL EMPLOYEES by last name, who were witnesses to the inhumane treatment/cruel and unusual punishment of affiant being forced to sleep on the concrete ground of the transfer cell with no mattress or blanket for the first twenty-five (25) days of being in THE COUNTY OF PEORIA JAIL, under the false/unlawful imprisonment/unreasonable seizure. (C.O. Hosea),(C.O. Reigelein),(C.O. Dehne),(C.O. Shivers),(C.O. Sanders),(C.O. Harley),(C.O. T. McCarroll),(C.O. P. Downing),(C.O. Allen),(C.O. Fenday),(C.O. H. Morrison),(C.O. Garcia),(C.O. Cisna),(C.O. Rutherford),(Mental Health Becky),(Patrik with mental health from UNITY POINT),(C.O. Campbell),(C.O. Pompa),(C.O. J. Davis),(C.O. Anderson),(C.O. L. Payton),(C.O. Munoz),(C.O. Burns),(C.O. Rig),( Nurse Brittany),(Nurse Ashley Jones),( Nurse Owens), (C.O. L. Hernandez), ( SHERIFF Asbell), and (ACS Turner)*

---

*The following list of individuals are JAIL EMPLOYEES by last name who offered to testify; (C.O. Hosea),(C.O. Reigelein),(C.O. Dehne),(C.O. Harley),(C.O. Sanders),(C.O. P.*

*Downing),(C.O. Garcia),(C.O. Cisna),(C.O. Rutherford),(C.O. J. Davis),(C.O. T.*

*McCarroll),(Nurse Ashley Jones),(C.O. Munoz) and (Nurse Owens).*

---

### *Jury Demand*

Yes I demand a jury trial in this matter/claim. Without prejudice all rights reserved U.C.C. 1-308

An unrebutted affidavit on a point by point basis stands as fact by acquiescence, common law, and Maxim of law as well as contract.

Upon my inherited nobility and upon my private original/indigenous proper person status and upon my corporate liabilities, I pledge this to be my duly affirmed truth under oath and penalty of perjury. I pledge this to my moorish american/moabite nation/Empire State of Morocco under the five (5) highest points of light known to man being; love, truth, peace, freedom, and justice. I am the original/indigenous of amexem/al-Morocco/America/ancestral estates at all times. I am el unus per solem bey direct ex-relation to Brian A. Burnside, in capitis diminutio nolo, in red ink, in proprio solo, in proprio heredes, in propria persona status sui juris, full life, a natural private person and not a 14th amendment corporation person. I am a moorish american national reserving all of my unalienable rights secured/protected by the united states constitution and all peace treaties including the treaty of peace and friendship. Being that I am competent "sui juris" with my autograph this will become my affirmed truth to all the contents said in this claim, nunc pro tunc, under oath and penalty of perjury and to my best knowledge and belief based on the facts and the facts of law.

I am, *Unus per solem bey*                                    Date: 6/30/2022

18

Without prejudice, all rights and liberties reserved U.C.C. 1-308.



**Witness**:

Name/appellation: *Nicole Burnside*                              Date: *06/30/2022*

Without prejudice, all rights and liberties reserved U.C.C. 1-308.

*Affiant contact information;*

Daytime phone number: (309) 981-7276

Mailing location: c/o moorish american science temple 301 East Virginia Avenue Peoria, Illinois [61603]

E-mail: indianguy110@gmail.com